Todd L. Peterson, Esq. (SBN 142438)
Samuel M. Zaif, Esq. (SBN 116391)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email:  tlpeterson@drydenlaw.com
        smzaif@drydenlaw.com

Attorneys for Plaintiff,
Empire Fire and Marine Insurance Company

# IN THE UNITED STATES DISTRICT COURT

## OF THE STATE OF CALIFORNIA, NORTHERN DISTRICT

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY, a corporation duly organized under the laws of the State of Nebraska, with its principal place of business in the State of Nebraska,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALFREDO DOMINGO; CECIL IBAY DOMINGO; JOEMAR MAGPILE, a minor; ROLANDO MAGPILE; SHEILA VALASCO YAMAMOTO; JENNIFER BEDANIA, a minor; BRIAN BEDANIA, a minor; and DOES 1 through 30, inclusive,<br><br>　　　　　　　Defendants | USDC ACTION NO. C 06 4631 JSW<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:　January 5, 2007<br>Time:　1:30 p.m.<br>Dept:　Courtroom 2, 17th Floor<br><br>Judge:　The Honorable Jeffrey S. White |

　　　Upon review of the Stipulation and Request for Order Continuing Case Management Conference submitted by the parties, through their respective counsel herein, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED:

● 　The case management conference set for January 5, 2007 is vacated; and,

● 　The case management conference is now rescheduled for January 19, 2007 at

---

**DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ**
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

1

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

*USDC ACTION NO. C 06 4631 JSW*

1     __1:30 p.m.__ in Courtroom 2, 17th Floor.

2 •    The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.

IT IS SO ORDERED.

DATED: January 3, 2007

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

The parties are FURTHER ORDERED to comply with this Court's requirements for Case Management Statements and are directed in particular to this Court's requirements with respect to a discovery plan.

2

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

*USDC ACTION NO. C 06 4631 JSW*

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715