1  Todd L. Peterson, Esq. (SBN 142438)
   Samuel M. Zaif, Esq. (SBN 116391)
2  DRYDEN, MARGOLES, SCHIMANECK & WERTZ
   A Law Corporation
3  101 California Street, Suite 2050
   San Francisco, California 94111
4  Telephone: (415) 362-6715
   Facsimile: (415) 362-0638
5  Email:  tlpeterson@drydenlaw.com
           smzaif@drydenlaw.com
6
7  Attorneys for Plaintiff,
   Empire Fire and Marine Insurance Company
8
9
10                  IN THE UNITED STATES DISTRICT COURT
11           OF THE STATE OF CALIFORNIA, NORTHERN DISTRICT
12                         (SAN FRANCISCO DIVISION)

13 | EMPIRE FIRE AND MARINE INSURANCE COMPANY, a corporation duly organized under the laws of the State of Nebraska, with its principal place of business in the State of Nebraska, | USDC ACTION NO. C 06 4631 JSW
   | Plaintiff, | [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
16 | v. | Date: January 5, 2007
   |   | Time: 1:30 p.m.
17 |   | Dept:  Courtroom 2, 17th Floor
   | ALFREDO DOMINGO; CECIL IBAY DOMINGO; JOEMAR MAGPILE, a minor; ROLANDO MAGPILE; SHEILA VALASCO YAMAMOTO; JENNIFER BEDANIA, a minor; BRIAN BEDANIA, a minor; and DOES 1 through 30, inclusive, | Judge: The Honorable Jeffrey S. White
   | Defendants |

23        Upon review of the Stipulation and Request for Order Continuing Case Management

24  Conference submitted by the parties, through their respective counsel herein, and good cause

25  appearing therefore,

26        IT IS HEREBY ORDERED:

27        ●    The case management conference set for January 5, 2007 is vacated; and,

28        ●    The case management conference is now rescheduled for January 19, 2007 at

---

1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

*USDC ACTION NO. C 06 4631 JSW*

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

1        \_\_1:30 p.m.\_\_ in Courtroom 2, 17th Floor.

2  • The parties shall adjust the dates for the conference, disclosures and report required

3     by FRCivP 16 and 26 accordingly.

4    IT IS SO ORDERED.

5  DATED: January 3, 2007

                                         */s/ Jeffrey S. White*
6                              THE HONORABLE JEFFREY S. WHITE
                              United States District Court Judge

7

8  The parties are FURTHER ORDERED to comply with this Court's requirements for Case Management Statements and are directed in particular to this Court's requirements with respect to a discovery plan.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

*USDC ACTION NO. C 06 4631 JSW*