1  R. Thomas Wire, Esq.
   LAW OFFICES OF R. THOMAS WIRE  (SBN: 75221)
2  A Professional Corporation
   Westlake Gardens, Suite 100
3  2535 Townsgate Road
   Westlake Village, California 91361
4  Telephone:  (805) 497-1400
   Facsimile:    (805) 497-0101
5
   Attorneys for Defendants,
6  ALFREDO DOMINGO, JOEMAR MAGPILE and ROLANDO MAGPILE

7

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11 EMPIRE FIRE AND MARINE INSURANCE     )   CASE NO.:     C 06 4631 JSW
   COMPANY, a corporation duly organized )
12 under the laws of the State of Nebraska, with )  [PROPOSED] ORDER CONTINUING
   its principal place of business in the State of )  INITIAL CASE MANAGEMENT
13 Nebraska,                                      )   CONFERENCE
                                                  )
14              Plaintiffs,                       )   Date:   February 23, 2007
                                                  )   Time:  1:30 p.m.
15 vs.                                            )   Dept:  Courtroom 2, 17th Floor
                                                  )
16 ALFREDO DOMINGO; CECIL IBAY          )   Judge:  The Honorable Jeffrey S. White
   DOMINGO; JOEMAR MAGPILE, a minor; )
17 ROLANDO MAGPILE; SHEILA VALASCO )
   YAMAMOTO; JENNIFER BEDANIA, a      )
18 minor; BRIAN BEDANIA, a minor; and   )
   DOES 1 through 30, inclusive,                  )
19                                                )
                Defendants.                       )
20 _____)

21        Upon review of the Stipulation and Request for Order Continuing Case Management

22 Conference submitted by the parties, through their respective counsel herein, and good cause

23 appearing therefore,

24        IT IS HEREBY ORDERED:

25        •       The Initial Case Management Conference set for February 23, 2007 is vacated; and

26        •       The Initial Case Management Conference is now scheduled for March 23, 2007 at 1:30

27                p.m., in Courtroom 2, 17th Floor, of the United States District Court, San Francisco

28                Division, located at 450 Golden Gate Avenue, San Francisco, California.

---
1
STIPULATION AND REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1  • The parties shall adjust the dates for the conference, disclosures and report required by
2  FRCivP 16 and 26 accordingly.
3  IT IS SO ORDERED.

6  DATED:     February 2, 2007            By_____
                                          THE HONORABLE JEFFREY S. WHITE
7                                         United States District Court Judge

**PROOF OF SERVICE**
1013A(3) CCP Revised 5/1/88
**STATE OF CALIFORNIA, COUNTY OF VENTURA**

I am employed in the county of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 2535 Townsgate Road, Suite 100, Westlake Village, California 91361.

    On January 31, 2007, I served the foregoing document(s) described as **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** (<u>**Re: EMPIRE FIRE AND MARINE INSURANCE COMPANY vs. DOMINGO, et al.; Case No.: C 06-4631 JSW**</u>) on the interested parties in said action.

<u> X </u>     by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

**PLEASE SEE ATTACHED MAILING LIST.**

<u> X </u> [BY MAIL] I deposited such envelope with postage thereon fully prepaid, in the United States mail at Westlake, California.

___ [BY FACSIMILE TRANSMISSION] by use of facsimile machine telephone number (805) 497-0101. The facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine.

___ [BY PERSONAL SERVICE] I delivered such envelope by hand to the addressee.

**As follows**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at <u>Westlake Village</u>, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on January 31, 2007, at Westlake Village, California.

___ (State): I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

<u> X </u> (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                            *Suzanne Benner*
                                             (Original signature retained by attorney Wire)
                                             SUZANNE BENNER
                                             Declarant

STIPULATION AND REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

# MAILING LIST

**Todd L. Peterson, Esq.**
**Samuel M. Zaif, Esq.**
**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
**101 California Street, Suite 2050**
**San Francisco, California 94111**
(415) 362-6715 (TELEPHONE)
(415) 362-0638 (FACSIMILE)
[Attorneys for Plaintiff, EMPIRE FIRE AND MARINE INSURANCE COMPANY]

**Richard B. Vaught, Esq.**
**Bernard P. Bray, Esq.**
**111 W. St. John Street, Suite 524**
**San Jose, California 95113**
(408) 275-8523 (TELEPHONE)
(408) 288-5191 (FACSIMILE)
*Email: RVAUGHT1@SBCGLOBAL.NET*
[Attorneys for Defendants, SHEILA VALASCO YAMAMOTO, individually and as Guardian ad Litem for JENNIFER BEDONIA, a minor and BRIAN BEDONIA, minor]

**Anthony C. Diepenbrock, Esq.**
**John P. Cotter, Esq.**
**DIEPENBROCK & COTTER, LLP**
**1545 River Park Drive, Suite 201**
**Sacramento, California 95815**
*Email: mlo@DiepenbrockCotter.com*
(916) 565-6222 (TELEPHONE)
(916) 565- 6220 (FACSIMILE)
[Attorneys for Defendant, CECIL IBAY DOMINGO]