IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMPIRE FUND & MARINE INSURANCE COMPANY,

    Plaintiff,

  v.

ALFREDO DOMINGO, et al.

    Defendants.

No. C 06-04631 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER DIRECTING PARTIES TO SUPPLEMENT CASE MANAGEMENT CONFERENCE STATEMENT**

    The Court has received and considered the parties' Updated and Joint Case Management Conference Statement and finds it deficient in several respects. Accordingly, the case management conference scheduled for March 23, 2007 at 1:30 p.m. is HEREBY CONTINUED to March 30, 2007 at 1:30 p.m.

    The parties are ordered to submit by no later than 4:00 p.m. on March 26, 2007, a revised case management conference statement that contains a "formal agreed-upon plan of the discovery each party intends to pursue, including, but not limited to, based upon the nature of the case, the scope and duration of the discovery and whether the parties can limit discovery in any manner, such as using phased discovery ... or limiting the scope of initial discovery matters, as well as a list of key witnesses who the parties deem essential to prove their claims or defenses, and the information each party deems essential to obtain from the other to prove their claims or defenses." (*See* Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Docket No. 3) ¶ 6.) The parties must also include a

list of any motions they intend to pursue before trial and must include "proposed deadlines and court dates, including specific discovery cut-off dates, a deadline for hearing dispositive motions, a pretrial conference date, and a trial date." (*Id.* ¶¶ 6-7.)

**IT IS SO ORDERED.**

Dated: March 20, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2