Todd L. Peterson, Esq. (SBN 142438)
Samuel M. Zaif, Esq. (SBN 116391)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email: tlpeterson@drydenlaw.com
       smzaif@drydenlaw.com

Attorneys for Plaintiff,
Empire Fire and Marine Insurance Company

# IN THE UNITED STATES DISTRICT COURT

## OF THE STATE OF CALIFORNIA, NORTHERN DISTRICT

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY, a corporation duly organized under the laws of the State of Nebraska, with its principal place of business in the State of Nebraska,<br><br>              Plaintiff,<br><br>       v.<br><br>ALFREDO DOMINGO; CECIL IBAY DOMINGO; JOEMAR MAGPILE, a minor; ROLANDO MAGPILE; SHEILA VALASCO YAMAMOTO; JENNIFER BEDANIA, a minor; BRIAN BEDANIA, a minor; and DOES 1 through 30, inclusive,<br><br>              Defendants | USDC ACTION NO. C 06 4631 JSW<br><br>[~~PROPOSED~~] ORDER EXTENDING THE DEADLINE TO CONDUCT MEDIATION |

Upon review of the stipulation submitted by the parties and the declaration of Samuel M. Zaif in support of request for order extending the deadline to conduct mediation, and good cause

1

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

[~~PROPOSED~~] ORDER EXTENDING THE DEADLINE TO CONDUCT MEDIATION
*USDC ACTION NO. C 06 4631 JSW*

1  appearing therefore, the Court orders that:

2      The deadline to complete mediation has been extended from August 17, 2007 through and

3  including September 30, 2007.

4      IT IS SO ORDERED.

5  Dated: August 22, 2007

                                      THE HONORABLE JEFFREY S. WHITE
6                                        United States District Court Judge

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

2

[PROPOSED] ORDER EXTENDING THE DEADLINE TO CONDUCT MEDIATION
*USDC ACTION NO. C 06 4631 JSW*